Bar Docket No. 16,355

IN THE MATTER OF STEVEN SHANHOLTZER, *Respondent.*
(53 P.3d 843)

In a letter dated July 23, 2002, to the Clerk of the Appellate Courts, respondent, Steven Shanholtzer, of Springfield, Missouri, an attorney admitted to the practice of law in the state of Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2001 Kan. Ct. R. Annot. 272).

At the time the respondent surrendered his license, a complaint had been filed and was being investigated by the Disciplinary Administrator's office which alleged theft of client funds.

This court, having examined the files of the office of the Disciplinary Administrator, finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Steven Shanholtzer be and he is hereby disbarred from the practice of law in Kansas and his license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Steven Shanholtzer from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2001 Kan. Ct. R. Annot. 276).

DATED this 10th day of September, 2002.